## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : INDICTMENT |
|  | : |
| v. | : CRIMINAL NO. 7:24-CR-_31_ (WLS-TQL) |
|  | : VIOLATION(S): |
| PORTERFIELD STOKES, | : 18 U.S.C. § 922(g)(1) |
|  | : 18 U.S.C. § 924(a)(8) |
|  | : 18 U.S.C. § 924(e) |
| Defendant. | : |
|  | : |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Possession of a Firearm by a Convicted Felon)

That on or about November 8, 2023, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

## PORTERFIELD STOKES,

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is, one (1) Beretta, Model: 96 Centurion .40 mm pistol, Serial Number: BER045730M and one (1) Taurus, Model: G2C, Serial Number 1C055115, said firearms having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 924(e).

A TRUE BILL.


_s/ Foreperson of the Grand Jury_
FOREPERSON OF THE GRAND JURY


PETER D. LEARY
UNITED STATES ATTORNEY

Presented By:

Monica L. Daniels
ASSISTANT UNITED STATES ATTORNEY


Filed in open court this __14__ day of _____, AD 2024.

Deputy Clerk

2

## NOTICE OF QUALIFYING CONVICTION UNDER 18 U.S.C. § 924(e)

COMES NOW, the United States of America, by and through the United States Attorney for the Middle District of Georgia, and files this Notice setting forth facts concerning the prior convictions of **PORTERFIELD STOKES,** herein referred to as Defendant, for sentencing enhancement under the provisions of Title 18, United States Code, Section 924(e), which exposes the Defendant to a mandatory minimum of (15) fifteen years imprisonment and a maximum sentence of life years imprisonment.

Said qualifying crimes for which **PORTERFIELD STOKES** has been previously convicted are:

The felony offense of possession of cocaine with intent to distribute on August 18, 1988, in criminal case number 88CR053, in the Superior County of Lowndes County, Georgia;

The felony offense of aggravated assault with a deadly weapon (knife) on November 11, 1996, in criminal case number 96-Cr-715, in the Superior Court of Lowndes County, Georgia.

The felony offense of possession with intent to distribute cocaine on November 5, 2003, in criminal case number 03CR741, in the Superior Court of Lowndes County, Georgia.

The felony offense of possession with intent to distribute marijuana on October 3, 2019, in criminal case number 2018CR0898, in the Superior Court of Lowndes County, Georgia.